United States District Court
Southern District of New York
------------------------------------X
EDWIN SERNA,

              Plaintiff,

   -against-                        07 Civ. 9659 (DAB)
                                              ORDER

UNITED STATES OF AMERICA,

              Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of the Government's letter response to pro se Plaintiff Serna's Motion for Return of Seized Property in the civil matter, 07 civ. 9659, filed October 31, 2007. The Court is gratified by the helpful information provided by copy of their letter to Plaintiff Serna.

    Within 90 days of the date of this ORDER, the Government shall inform the Court of the status of this matter by letter.
SO ORDERED.

Dated:    New York, New York
          January 29, 2008

                                             Deborah A. Batts
                                      United States District Judge