USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 27, 2008

United States District Court
Southern District of New York
----------------------------------------X
EDWIN SERNA,

                Plaintiff,

    -against-                          07 Civ. 9659 (DAB)
                                                              ORDER

UNITED STATES OF AMERICA,

                Defendants.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Government having notified the Court that it is actively working towards a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 (THIRTY) days of the date of this order, Plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the resolution is not effected, in which event the action will be restored.

SO ORDERED.

Dated:    New York, New York
           May 27, 2008

                                                  *Deborah A. Batts*
                                                  DEBORAH A. BATTS
                                    United States District Judge