USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 11, 2008

United States District Court
Southern District of New York
------------------------------------X
EDWIN SERNA,

           Plaintiff,

   -against-                        07 Civ. 9659 (DAB)
                                                    ORDER

UNITED STATES OF AMERICA,

           Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Plaintiff's "Motion for Restoration" of this action pursuant to this Court's ORDER of May 27, 2008. The action is HEREBY RESTORED.

    Within 20 days of the date of this ORDER, the Government shall inform the Court of the status of this matter by letter.

    SO ORDERED.

Dated:   New York, New York
          July 11, 2008

                                                      *Deborah A. Batts*
                                                     -----------------------
                                                     Deborah A. Batts
                                             United States District Judge