UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

EDWIN SERNA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
07 Civ. 9659 (DAB)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
      Southern District of New York

    By: /s/ Joshua A. Goldberg
       JOSHUA A. GOLDBERG
       Assistant United States Attorney
       (212) 637-2439